IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY D. JOHNSON,

    Petitioner,                   No. CIV S-07-0831 FCD KJM P

    vs.

K. MENDOZA POWERS,

    Respondent.          ORDER

_____/

    Petitioner has requested an extension of time to file objections to the court's October 9, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's October 22, 2007 request for an extension of time is granted; and

    2. Petitioner shall file his objections to the October 9, 2007 findings and recommendations on or before November 29, 2007.

DATED: October 26, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
john0831.111