IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY D. JOHNSON,

    Petitioner,                    No. CIV S-07-0831 FCD KJM P

    vs.

K. MENDOZA POWERS,

    Respondent.                 <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 9, 2007, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days.  On October 26, 2007, petitioner was granted an extension of time until November 29, 2007 in which to file his objections.  Petitioner has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 9, 2007, are adopted in full; and

2. This action is dismissed without prejudice.

DATED: December 19, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE