IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY D. JOHNSON,

        Petitioner,                       No. CIV S-07-0831 FCD KJM P

    vs.

K. MENDOZA POWERS,

        Respondent.                    ORDER

_____/

        On January 18, 2008, petitioner filed a motion asking that this court reconsider its December 19, 2007 order adopting the magistrate judge's October 9, 2007 findings and recommendations thereby dismissing this action.

        A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b). See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." Id. at 1263.

/////

/////

/////

1   Plaintiff does not present newly discovered evidence suggesting this matter
2 should not be dismissed.  Furthermore, the court finds that, after a de novo review of this case,
3 the December 19, 2007 order adopting the October 9, 2007 findings and recommendations is
4 neither manifestly unjust nor clearly erroneous.
5   Accordingly, IT IS HEREBY ORDERED that plaintiff's January 18, 2008 motion
6 for reconsideration is denied.
7 DATED: April 7, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE